AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>JOAH MANUEL FELIZ GOMEZ,<br>WALDO MENA CUELLO, and<br>RANDY JOSE BOLANOS RONDON<br><br>*Defendant(s)* | Case No. **8:20MJ1886SPF** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 15, 2020** in the county of **Hillsborough** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. §§ 70503(a) and 70506(a) and (b) | Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, and Conspiracy with intent to distribute five (5) kilograms or more of cocaine to import into the United States. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

BOTTONE.JOHN.CARL.1020749861
Digitally signed by BOTTONE.JOHN.CARL.1020749861
Date: 2020.09.15 16:06:55 -04'00'

*Complainant's signature*

John C. Bottone, CGIS
*Printed name and title*

Sworn to before me ~~and signed in my presence~~ *by telephone*.

Date: 9/15/2020

*Judge's signature*

City and state: Tampa, Florida

SEAN P. FLYNN, U. S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, John C. Bottone, being duly sworn, depose, and state:

### Introduction and Agent Background

1. I am a Special Agent with the Coast Guard Investigative Service ("CGIS"), and have been employed by CGIS since 2007. Since May of 2018, I have been assigned as a Special Agent to the Operation Panama Express Strike Force. Operation Panama Express is a federal Organized Crime Drug Enforcement Task Force ("OCDETF") composed of the following agencies: the Drug Enforcement Administration ("DEA"), the Federal Bureau of Investigation ("FBI"), Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), CGIS, the United States Coast Guard ("USCG"), and the United States Attorney's Office of the Middle District of Florida. Special Agents assigned to Operation Panama Express investigate Transnational Criminal Organizations that utilize maritime conveyances to smuggle illicit drugs through international waters of the Pacific Ocean and Caribbean Sea for later distribution into the United States of America.

2. From 2007 through 2009, I was a CGIS Agent conducting maritime investigations in Miami, Florida. From 2009 to 2012 I was the Resident Agent in Charge of the Miami Field Office supervising 10 Special Agents conducting maritime investigations. From 2012 to 2013 I was assigned to the Joint Terrorism Task Force in Miami, conducting terrorist investigations. From 2013 to 2018 I was assigned Homeland Security Investigations Border Enforcement Security Team in Fort Lauderdale conducting International Narcotics Smuggling investigations.

Prior to being hired by CGIS, I was employed as a Criminal Investigator from 2004 to 2007 for the U.S. Attorney's Office Southern District of New York conducting long-term gang RICO investigations. From 2002 to 2004 I was a Federal Air Marshal assigned to the New York Field Office. From 1990 to 2002 I was a New York City Police Department Detective assigned to the Gang Unit of the Intelligence Division conducting long term federal RICO investigations.

### Statutory Authority

3. I submit this affidavit in support of a criminal complaint charging that beginning on an unknown date and continuing through on or about September 8, 2020, while aboard a vessel subject to the jurisdiction of the United States, the defendants, JOAH MANUEL FELIZ GOMEZ, WALDO MENA CUELLO and RANDY JOSE BOLANOS RONDON, did knowingly and willfully combine, conspire, and agree with each other and with other persons, to distribute and possess with the intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 46, United States Code, Sections 70503(a) and 70506(a) and (b), and Title 21, United States Code, Section 960(b)(1)(B)(ii).

4. The averments contained in this Affidavit are based on my personal knowledge and/or reliable information related to me by other law enforcement officers with whom I have worked on this investigation. Because of the limited purpose of this Affidavit, however, I have not included each and every fact known to me or other law enforcement agents concerning this investigation. I have included

2

only those facts I believe are necessary to establish probable cause supporting the requested complaint.

### Probable Cause

5. The United States Coast Guard ("USCG") has the authority under 14 U.S.C. § 522 (formerly codified at 14 U.S.C. § 89) to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and waters over which the United States has jurisdiction, in order to enforce United States law.

6. On September 8, 2020, while on routine patrol in the Caribbean Sea a marine patrol aircraft (MPA) detected an unknown Go-fast Vessel (GFV), in International Waters, approximately 45 nautical miles South of Isla Beata, Dominican Republic. The HMS MEDWAY (United Kingdom) with a USCG Law Enforcement Detachment (LEDET) on board was diverted to investigate the suspect GFV. The HMS MEDWAY launched a small boat with USCG boarding teams onboard to investigate.

7. The boarding team on the USCG small boat gained control of the GFV without incident. The boarding team identified the following crewmembers on board the suspect GFV, JOAH MANUEL FELIZ GOMEZ, WALDO MENA CUELLO and RANDY JOSE BOLANOS RONDON, The crew consisted of two Dominican crew members and one Venezuelan.

8. During the Right of Approach (ROA) questioning, a master was identified and made a verbal claim of Dominican Republic (DR) registry for the vessel. The USCG enacted the ship boarding provision of the US/DR bilateral

3

agreement. The USCG conducted forms exchange with the Dominican Republic, who could neither confirm nor deny registration for the GFV. Therefore and in accordance with 46 U.S.C. § 70502(c)(1)(A) and (d)(1)C), the U.S. Coast Guard treated the subject GFV as one without nationality and therefore a vessel subject to the jurisdiction of the United States. At the time of interdiction by the Coast Guard, the subject GFV was seaward of the territorial seas of any nation and in international waters.

9. The USCG Boarding Team (BT) embarked the vessel, and, during the Basic Initial Safety Sweep (BISS), located bales of suspected contraband underneath a tarp that was covering the forward portion of the vessel. The BT conducted a Narcotics Identification Kit (NIK) test of the bales, resulting in 02 positive hits for cocaine. They were able to safely recover all contraband, 09 bales, with an estimated at-sea weight of 250 kilograms of Cocaine. While being frisked, the USCG Boarding Team found a firearm in the waistband of the master. There were 30 rounds in the magazine and an additional 15 round magazine in the master's possession.

## Conclusion

10. Based upon the foregoing information, I respectfully submit that probable cause exists to believe that the following three defendants named herein, JOAH MANUEL FELIZ GOMEZ, WALDO MENA CUELLO and RANDY JOSE BOLANOS RONDON while aboard a vessel subject to the jurisdiction of the United States, knowingly and willfully combined, conspired, and agreed with each other and with other persons to distribute and possess with the intent to distribute

4

five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 46, United States Code, Sections 70503(a) and 70506(a) and (b), and Title 21, United States Code, Section 960(b)(1)(B)(ii).

BOTTONE.JOHN.C ARL.1020749861
Digitally signed by BOTTONE.JOHN.CARL.10207498 61
Date: 2020.09.15 16:05:45 -04'00'

John C. Bottone
Special Agent, CGIS

Sworn to before me by telephone in Tampa, Florida
this 15th day of September, 2020

THE HONORABLE SEAN P. FLYNN
United States Magistrate Judge

5