Exhibits A1-3





