Exhibit B

The sentencing data used is from the last five years' worth of available sentencing data (FY2015-FY2019; October 1, 2014 through September 30 2019). This information was taken from the publicly available datafiles from the Sentencing Commission website: https://www.ussc.gov/research/datafiles/commission-datafiles

All offenders below were charged with 46 U.S.C. § 70503, and were sentenced under USSG §2D1.1. They had a Base Offense Level of 36, a Final Offense Level of 33, a two-level Specific Offense Characteristic under USSG §2D1.1(b)(3)(C), a two-level deduction for Specific Offense Characteristic §2D1.1(b)(18), and were in Criminal History Category I.   All sentencing data is based on complete information as submitted to the Sentencing Commission.

| CASE | USSC UNIQUE ID | AGE | DRUG WEIGHT/ KG | SENTENCE IN MONTHS | SUP. RELEASE IN MONTHS | SENTENCE DATE (MONTH) | SENTENCE DATE (YEAR) | CASE NOTES |
|---|---|---|---|---|---|---|---|---|
| 8:18-cr-451 | 2524673 | 35 | Unknown | 108 | 60 | 3 | 2019 | Yoel Martinez-Rodriguez, Venezuelan national. Substantial assistance. |
| 8:18-cr-511 | 2526413 | 46 | 331 | 108 | 60 | 3 | 2019 | Eddy Mera, Ecuadorian national. Substantial Assistance. |
| 8:18-cr-426 | 2545141 | 49 | 382 | 108 | 36 | 6 | 2019 | Victor Rodriguez, Mexican national. |
| 8:18-cr-426 | 2558078 | 32 | 382 | 70 | 60 | 7 | 2019 | Victor Santana, Ecuadorian national. Substantial Assistance. |
| 8:19-cr-132 | 2568386 | 58 | 441 | 57 | 60 | 9 | 2019 | Luis Ballert, Spanish national. Substantial Assistance. |
| 8:19-cr-149 | 2587261 | 27 | 427 | 108 | 60 | 12 | 2019 | Jorge Morales Reyes, Ecuadorian national. |
| 8:19-cr-228 | 2588395 | 52 | 200 | 63 | 60 | 12 | 2019 | Jose Luis Maro-Posingua, Ecuadorian national. |
| 8:19-cr-480 | 2623475 | 26 | 308 | 108 | 60 | 6 | 2020 | Oscar Antonio Bello Pachay, Ecuadorian national. Substantial Assistance. |
| 8:19-cr-468 | 2623953 | 34 | 47640.82* | 135 | 60 | 6 | 2020 | Luis Fernando Ortiz, Colombian national. *Combined cocaine and marijuana venture, total drug weight converted to marijuana. If treated as if this were only cocaine, the weight would be 238.2 kg. |
| **Average Sentence in Months** | | | | 96.11 | | | | |